# Third District Court of Appeal

## State of Florida

Opinion filed April 22, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D25-1633
Lower Tribunal No. 24-16919-FC-04
_____

**Moises Heras,**
Appellant,

vs.

**Angelica Heras,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Moises Heras, in proper person.

No appearance, for appellee.

Before FERNANDEZ, GORDO and GOODEN, JJ.

PER CURIAM.

Appellant Moises Heras challenges a final judgment of injunction for protection against domestic violence.  He asserts that he provided his lawyer

with documents that were not presented at the hearing.  But Appellant Heras has not provided this Court with a transcript of the proceedings.  And so, we do not know what was testified to or what evidence was presented below.

Therefore, we are constrained to affirm.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.  Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.  The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error."); Burkett v. Burkett, 155 So. 3d 478, 478 (Fla. 1st DCA 2015) ("Without a transcript, we cannot know what evidence the court heard beyond the documents that were filed in the record, and we cannot know what issues were preserved for review."); Zarate v. Deutsche Bank Nat'l Tr. Co. as Tr., 81 So. 3d 556, 558 (Fla. 3d DCA 2012) ("Where there is no record of the testimony of witnesses or of evidentiary rulings, and where a statement of the record has not been prepared pursuant to Florida Rule of Appellate Procedure 9.200(a)(3) or

2

(b)(3), a judgment which is not fundamentally erroneous on its face must be affirmed.").

Affirmed.